Robert E. Murdock, Esq.
Nevada Bar No. 4013
MURDOCK & ASSOCIATES, CHTD.
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563

Eckley M. Keach, Esq.
Nevada Bar No. 1154
ECKLEY M. KEACH, CHTD.
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ESTATE OF ELEANOR E. WILDHABER, by and through its Special Administrator, Greg Halbrook; and GREG HALBROOK, individually,

Plaintiffs,

vs.

LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, d/b/a Life Care Center of Las Vegas; DOE STAFF MEMBERS; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,

Defendants.

CASE NO. 2:10-cv-00015-RLH-PAL

**STIPULATION TO CONTINUE HEARING ON MOTION TO STAY COURT PROCEEDINGS AND COMPEL ARBITRATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the hearing on Defendant's Motion to Stay Court Proceedings and Compel Arbitration be continued to a date after July 8, 2010 to accommodate the prior commitments of Plaintiffs' counsel.

1

DATED this ____ day of June, 2010.

| | |
|---|---|
| MURDOCK & ASSOCIATES, CHTD.<br>ECKLEY M. KEACH, CHTD.<br><br>_/s/_____<br>Robert E. Murdock    Bar No. 4013<br>Eckley M. Keach    Bar No. 1154<br>520 South Fourth Street<br>Las Vegas, NV  89101<br>Attorneys for Plaintiffs | ALVERSON, TAYLOR, MORTENSEN<br>& SANDERS<br><br>_/s/_____<br>Chelsea R. Hueth    Bar No. 10904<br>7401 West Charleston Boulevard<br>Las Vegas, NV  89117<br>Attorney for Defendant Life Care<br>Centers of America, Inc. |

## ORDER

**IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Stay Court Proceedings and Compel Arbitration shall be continued to _____, 2010.

**IT IS SO ORDERED** this _____ day of June, 2010.

_____
UNITED STATES MAGISTRATE

Submitted by:

MURDOCK & ASSOCIATES, CHTD.
ECKLEY M. KEACH, CHTD.

_/s/_____
Robert E. Murdock    Bar No. 4013
Eckley M. Keach    Bar No. 1154
520 South Fourth Street
Las Vegas, NV  89101
Attorneys for Plaintiffs