ALVERSON, TAYLOR, MORTENSEN & SANDERS
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
384-7000
FAX: 385-7000
Attorneys for DEFENDANT
LIFE CARE CENTERS OF AMERICA, INC.,
a Tennessee corporation, dba
LIFE CARE CENTER OF LAS VEGAS

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

UNITED STATES DISTRICT COURT

SOUTHERN - DISTRICT OF NEVADA

ESTATE OF ELEANOR E. WILDHABER, by and through its Special Administrator, Greg Halbrook; and GREG HALBROOK, individually,

Plaintiffs,

vs.

LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, d/b/a Life Care Center of Las Vegas; DOE STAFF MEMBERS; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,

Defendants.

CASE NO.: 2:10-cv-00015-RLH-PAL

**STIPULATION AND ORDER TO STAY LITIGATION PENDING PRIVATE BINDING ARBITRATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant LIFE CARE CENTERS OF AMERICA, INC., dba LIFE CARE CENTER OF LAS VEGAS, by and through its counsel of record,

Alverson, Taylor, Mortensen & Sanders, and Plaintiffs, ESTATE OF ELEANOR E. WILDHABER, by and through its Special Administrator, Greg Halbrook; and GREG HALBROOK, individually, by and through their counsel of record, Murdock & Associates, Chtd. as follows:

1. This matter will be submitted to and resolved through private binding arbitration;
2. Each party will select their respective party arbitrator on or before September 21, 2010;
3. The party arbitrators will select a neutral arbitrator on or before October 21, 2010;
4. The parties and arbitrators will meet on or before November 22, 2010 to set a discovery schedule;
5. Arbitration will be completed on or before June 17, 2011;

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

6. The case currently pending before this Court (Case No. 2:10-cv-00015) be stayed pending the outcome of arbitration.

DATED: 8/19/10

MURDOCK & ASSOCIATES, CHTD.

ROBERT E. MURDOCK, ESQ.
Nevada Bar No. 004013
520 South Fourth Street
Las Vegas, NV 89101
702-384-5563
Attorneys for PLAINTIFFS

DATED: ______________

ALVERSON, TAYLOR, MORTENSEN & SANDERS

DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 W. Charleston Boulevard
Las Vegas, NV 89117-1401
Attorneys for DEFENDANT LIFE CARE CENTERS OF AMERICA, INC.

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: ______________

Respectfully submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 W. Charleston Boulevard
Las Vegas, NV 89117-1401
Attorneys for DEFENDANT LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, dba LIFE CARE CENTER OF LAS VEGAS

N:\david.grp\CLIENTS\18458\SAO to stay litigation pending binding arb.docx



18458/DJM

6. The case currently pending before this Court (Case No. 2:10-cv-00015) be stayed pending the outcome of arbitration.

DATED: ______________________

MURDOCK & ASSOCIATES, CHTD.

______________________
ROBERT E. MURDOCK, ESQ.
Nevada Bar No. 004013
520 South Fourth Street
Las Vegas, NV 89101
702-384-5563
Attorneys for PLAINTIFFS

DATED: 8/19/10

ALVERSON, TAYLOR, MORTENSEN & SANDERS

______________________
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 W. Charleston Boulevard
Las Vegas, NV 89117-1401
Attorneys for DEFENDANT LIFE CARE CENTERS OF AMERICA, INC.

IT IS SO ORDERED:

______________________
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 30, 2010

Respectfully submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

______________________
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 W. Charleston Boulevard
Las Vegas, NV 89117-1401
Attorneys for DEFENDANT LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, dba LIFE CARE CENTER OF LAS VEGAS

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000