Robert E. Murdock, Esq.
Nevada Bar No. 4013
MURDOCK & ASSOCIATES, CHTD.
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563

Eckley M. Keach, Esq.
Nevada Bar No. 1154
ECKLEY M. KEACH, CHTD.
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF ELEANOR E. WILDHABER, by and through its Special Administrator, Greg Halbrook; and GREG HALBROOK, individually, | CASE NO. 2:10-cv-00015-MMD-PAL |
| Plaintiffs, | **FINAL JUDGMENT** |
| vs. | |
| LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, d/b/a Life Care Center of Las Vegas; DOE STAFF MEMBERS; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive, | |
| Defendants. | |

1

The Court has ordered that:

Plaintiffs The Estate of Eleanor E. Wildhaber and Greg Halbrook recover from and against Defendant Life Care Centers of America, Inc., a Tennessee corporation, d/b/a Life Care Center of Las Vegas, the following amounts:

1. Plaintiff Greg Halbrook:
   - (a) Pain and Suffering of Eleanor Wildhaber: $ 750,000.00
   - (b) Grief and Sorrow Past: $ 750,000.00
   - (c) Grief and Sorrow Future: $ 750,000.00
   - (d) Neglect Per NRS 41.1395: $ 771,344.58
   - (e) Attorney's Fees Per NRS 41.1395: $ 760,672.29
   - (f) Costs Per NRS 41.1395: $ 47,715.49
   - (g) Prejudgment Interest: $ 379,014.15
2. Estate of Eleanor Wildhaber:
   - (a) Funeral Expenses: $ 7,290.58
   - (b) Medical Expenses: $ 14,054.00
   - (c) Punitive Damages: $ 300,000.00

**TOTAL JUDGMENT AMOUNT:** **$4,530,091.00**

Post judgment interest shall run at the statutory rate.

This action was tried as a Binding Private Arbitration that was stipulated to by the parties and approved by the Court (Dkt. No. 33). Upon motion by the Plaintiffs, The Honorable Miranda Du entered an Order (Dkt. No 61) which confirmed the award of the Arbitration Panel that found the Defendant liable for elder neglect, elder abuse, and wrongful death and awarded compensatory and punitive damages in the total amount of Four Million Five Hundred Thirty Thousand Ninety-One Dollars ($4,530,091.00).

**JUDGMENT IS SO ENTERED** this 25th day of October, 2012.

_____
~~Clerk of Court~~
UNITED STATES DISTRICT JUDGE