UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESTATE OF ELEANOR E. WILDHABER, by and through its Special Administrator, Greg Halbrook; and GREG HALBROOK, individually,<br><br>Plaintiffs,<br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, d/b/a Life Care Center of Las Vegas; DOE STAFF MEBMERS; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:10-cv-00015-MMD-PAL<br><br>ORDER |

The Court received the attached letter in the mail. However, no action will be taken as this case is closed and the Court cannot give legal advice.

DATED THIS 9th day of December 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Mrs Vicki Porter

22442 Huntington Ct.

Woodhaven, Michigan 48183

Phone 734-934-2016

October 15, 2014

Dear Judge,

   I am writing this letter in hope of understanding a terrible injustice. My brother along with my assistance hired a lawyer whose name we found in the bar association for Nevavda. It is hard to find a good lawyer when you are not in that state. This Lawyer took a $500 retainer and that was the end of him. My brother lives solely on his social security. For him $500 was alot of money but he trusted the lawyer would do the right thing. We never hear from the attorney and the mail comes back to us unclaimed. The lawyer is Paul Schofield 8440 W Lake Mead Blvd. Ste.200 Las Vegas, Nevada 89128.

   My brother (Clifford Daly) was married to Eleanor Wildhaber-Daly for over 15 yrs. In August of 2008 Clifford had a triple bypass open chest cardiac surgery. Two months later Eleanor had a stroke. She was hospitalized and Cliff was at her side daily. She did not do well and was transferred to Life Care Centers of America. On December 30, 2008 she expired. Clifford complained often to everyone about her mistreatment but mostly to her son (Greg Hallbrook). Greg was a son from a previous marriage and he and Clifford never got along.

   After Eleanor's death I came to Las Vegas to help my brother. Clifford is mentally slow and he was suffering from major surgery and the death of his wife. He was unable to cope without his wife and so I took him back with me to Michigan where he could have family support.

   Greg Hallbrook got a lawyer and sued Life Care Centers under the name of Eleanor Wildhaber. He didn't even let the courts know Clifford existed. Her legal name was Eleanor Wildhaber-Daly. Greg was awarded $4,530,091.00 signed by Judge Miranda

1

M. Du on October 25, 2012.  Greg knew Clifford couldn't read and the case was posted in the Nevada Times Review, when he knew Clifford had left the state.  It is my understanding that Greg recieved all the money from the judgement.  He also recieved 300 thousand from money awarded to her estate by the state.  Mr Schofield did tell us that money was to be divided between her two heirs which would have been Clifford and Greg.  We were told that even that money was cleared out by Greg Hallbrook.

Clifford lives in a government subsidized senior citizen complex.  His social security is barely enough to squeeze by on.  I don't see the justice in someone getting almost 5 million dollars when he didn't support his mother or care for her when she was alive.  Greg wouldn't even have filed that suit if it wasn't for Clifford.  Greg knew Clifford couldn't read or write so he took full advantage of it and never included Clifford in on the law suit.

Greg's attorney was Michael H. Singer.  This is a very unscrupulous man.  He called Clifford and told him he would send a letter and that Clifford must sign off all rights to the estate.  Clifford refused and so Mr. Singer told him "fine we will just find away around you".  He certainly did just that.

Is there any way I can help my brother?  If he got just a small amount it would make his quality of life alot better.  If he gets nothing I would still like to see some justice come to people who bend the law for their own gain.

                          Sincerely,


PS  Clifford worked as a security guard at the Stardust.

    He worked as a clerk in a seven eleven.

    He worked as a guard at a residential complex.

    They were small jobs but he always provided and took care of his wife for over

    15yrs.  They were happily married at the time of her death!

2

Justia.com  Lawyer Directory  Legal Answers  **Dockets & Filings**  more ▼                    Sign In

## Justia Dockets & Filings BETA

Party Name: [Enter Party Name]   [Search]  Advanced Search
Filed In: Nevada Feder...  Judge: Any          Case Type: All Types
Doc Filter: All Case Filings  Filed After: All Dates  Filed Before: Now

Justia > Dockets & Filings > Nevada > Nevada District Court > Torts - Injury > Other Personal Injury > Estate of Wildhaber et al v. Life Care Centers ...

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. **Subscribe Now**

# Estate of Wildhaber et al v. Life Care Centers of America, Inc.,

Justia on   Follow

Share | Tweet  Like  0            +6,643

| | |
|---|---|
| **Case Number:** | 2:2010cv00015 |
| **Filed:** | January 7, 2010 |
| **Court:** | Nevada District Court |
| **Office:** | Las Vegas Office |
| **Presiding Judge:** | Chief Judge Roger L. Hunt |
| **Referring Judge:** | Magistrate Judge Peggy A. Leen |
| **Nature of Suit:** | Torts - Injury - Other Personal Injury |
| **Cause:** | 28:1332 Diversity-Personal Injury |
| **Jury Demanded By:** | Both |

**Ask a Lawyer**
Question:
[Enter your question here. e.g., Do I need a bankruptcy lawyer?]
[Ask Question]

**Connect with Justia**
 Justia  Like
134,681 people like Justia.
Facebook social plugin

## Available Case Documents

☐ Follow case documents by RSS

The following documents for this case are available for you to view or download.

| Date Filed | # | Document Text |
|---|---|---|
| October 25, 2012 | 63 | FINAL JUDGMENT in favor of Plaintiff Estate of Eleanor E. Wildhaber and Greg Hallbrook against Defendant Life Care Centers of America, Inc., in the amount $4,530,091.00. Signed by Judge Miranda M. Du on 10/25/2012. (Copies have been distributed pursuant to the NEF - SLD) |
| October 23, 2012 | 61 | ORDER Granting 44 Motion for Confirmation of Private Binding Arbitration Award and Entry of Judgment. Plaintiff shall file a proposed final judgment within ten days from the date of this Order. FURTHER ORDERED that 50 Motion to Vacate and Modify Arbitration Award is DENIED. Signed by Judge Miranda M. Du on 10/23/12. (Copies have been distributed pursuant to the NEF - MMM) |
| April 16, 2012 | 42 | ORDER re: 41 Objection to Subpoena Duces Tecum. Signed by Magistrate Judge Peggy A. Leen on 4/13/12. (Copies have been distributed pursuant to the NEF - ASB) |
| October 5, 2011 | 39 | ORDER Denying 35 Defendant's Motion to Quash and 37 Motion for Protective Order. Signed by Magistrate Judge Peggy A. Leen on 10/4/11. (Copies have been distributed pursuant to the NEF - EDS) |
| August 30, 2010 | 33 | |

**Find a Lawyer**
Injury
Nevada     [Search]

**Personal Injury Lawyers in Nevada**

 **Tarquin Black**
Animal & Dog Law, Business Law, Civil Ri
Las Vegas, NV

 **Joshua Tomsheck**
Criminal Law, DUI & DWI, Personal Injury
Las Vegas, NV

 **Paul S. Padda**
Animal & Dog Law, Business Law, Civil Ri
Las Vegas, NV

 **Howard Roitman**
Animal & Dog Law, Broker Fraud, Estate
Las Vegas, NV

 **Ruth Lynn Cohen**
Animal & Dog Law, Asbestos & Mesothelio
Las Vegas, NV

| | | ORDER ON STIPULATION Granting 32 Stipulation STAYING Litigation Pending Private Binding Arbitration. Signed by Chief Judge Roger L. Hunt on 8/30/2010. (Copies have been distributed pursuant to the NEF - SD) |
|---|---|---|
| July 15, 2010 | 28 | ORDER that Defendants Motion to Stay Proceedings and Compel Arbitration 16 is DENIED without prejudice. Counsel for Plaintiffs request to depose the two nurses present at the time Plaintiffs decedent executed the arbitration and other agreements is GRANTED. Counsel shall forthwith meet and confer to schedule these two depositions as expeditiously as possible. A hearing is set for 8/12/10 at 9:00 a.m. At the continued hearing, the court will hear from the parties concerning the results of their deposition discovery, and their proposals for how to proceed. Signed by Magistrate Judge Peggy A. Leen on 7/13/10. (Copies have been distributed pursuant to the NEF - ECS) |

Last Document Downloaded: October 27, 2012 05:33:29 PDT

### Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Nevada District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report
- History/Documents
- Parties
- Related Transactions
- Check Status

See More Lawyers

**Lawyers - Get Listed Now!**
Get a free full directory profile listing

Search for this case: Estate of Wildhaber et al v. Life Care Centers of America, Inc.,

| Search Blogs | [ Justia BlawgSearch | Blawg.com | Bloglines | Google Blogsearch | Technorati ] |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

Justia Lawyer, Legal Aid & Services Directory: Nevada Injury Lawyers

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2013 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us



**Nevada Press Association**
102 N. Curry St
Carson City, NV
89703
Phone: 775-885-0866
Fax: 775-885-8233
Email: nevadapress@att.net

About Us



**NEVADA PRESS ASSOCIATION**

*Your online source for public notices in Nevada*

## Public Notice

**County:** Clark
**Printed In:** Nevada Legal News
**Printed On:** 2013/01/23

[Return to Found List]  [New Search]  [Return To Current Search Criteria]

### Public Notice:

DISTRICT COURT CLARK COUNTY, NEVADA Case No.: P 76043 In the Matter of the Estate of ELEANOR E. WILDHABER, Deceased. NOTICE TO CREDITORS Notice is hereby given that on the 7th day of January, 2013, the undersigned was duly appointed and qualified by the above-entitled Court as Administrator of the Estate of Eleanor E. Wildhaber, Deceased. All creditors having claims against the Estate are required to file their claims, with supporting documentation attached, with the Clerk of the Court, Family Courts and Services Center, 601 N. Pecos Road, Las Vegas, Nevada 89101, within ninety (90) days after the mailing or the first publication (as the case may be) of this Notice. DATED this 8th day of January, 2013. s/ GREGORY HALBROOK, Respectfully submitted by: MICHAEL H. SINGER, LTD., BY: MICHAEL H. SINGER, ESQ., Nevada Bar No. 1589, 4475 South Pecos Road, Las Vegas, Nevada 89121, Phone: (702) 454-2111, Fax: (702) 454-3333, Email: msinger@mhsingerlaw.com, Attorney for Petitioner Published in Nevada Legal News January 9, 16, 23, 2013

Public Notice ID: 19837821.HTM

[Return to Found List]  [New Search]  [Return To Current Search Criteria]

A public service by the members of
Nevada Press Association
Copyright © 1999 - 2000 Arizona Newspapers Association
If you have any questions please send an email to the administrator.
Powered by Inetium. All Rights Reserved.

**Vicki Porter**
22442 Huntington Ct.
Woodhaven, MI 48183-1425



Judge Miranda M. Du
US District Court
333 S Las Vegas Blvd
Las Vegas, Nevada 89101

U.S. POSTAGE
PAID
TRENTON, MI
48183
OCT 17, 14
AMOUNT
$0.49
0002265-03